UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CASE NO. 22CR01220-001-JLS |
| v. | ) | O R D E R |
| Erik MORENO | ) | |
| Defendant. | ) | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently for September 16, 2022, is vacated and reset to October 21, 2022, at 9:00 a.m.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 08/30/2022

Janis L. Sammartino
U.S. District Judge

cc: all counsel of record